**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CLIFFORD BRENT THOMAS, | ) | NO. CV 11-7643-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES A. YATES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 12, 2011.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE